SUMMITWOOD ASSOCIATES PHASE IV *v.* PLANNING COMMISSION OF THE CITY OF MERIDEN ET AL.*

The petition by Victor Scaringe and Anita Scaringe for certification for appeal from the Appellate Court (AC 16899) is granted, limited to the following issue:

"Did the Appellate Court properly hold that the petitioners did not possess a colorable claim to intervene as a party in this action?"

The Supreme Court docket number is SC 15710.

*Stephen J. Anderson* and *Kenneth R. Slater, Jr.*, in support of the petition.

*Robert A. Fuller*, in opposition.

Decided June 11, 1997

JOHN ROTA, SR. *v.* COLONIAL REALTY/USA (CONSTITUTION)

The petition by the defendant Deloitte & Touche, LLP, for certification for appeal from the Appellate Court (AC 16319) is denied.

BORDEN, PALMER and MCDONALD, Js., did not participate in the consideration or decision of this petition.

*Hope C. Seeley*, in support of the petition.

*Richard A. Bieder, Lillian C. Gustilo* and *Joel T. Faxon*, in opposition.

Decided June 11, 1997

---

* The appeal was withdrawn June 15, 1998.